## ORDER

PER CURIAM:

Artrae McFarland appeals his convictions for forcible sodomy, felonious restraint, and two counts of armed criminal action following a jury trial in the Circuit Court of Clay County. McFarland argues that the trial court erred in admitting, over objection, testimony from the Victim's mother that he claims constituted hearsay in addition to being cumulative and irrelevant. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Missouri Supreme Court Rule 30.25(b).

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Gary D. Witt and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. David L. Throckmorton appeals from the judgment entered by the Circuit Court of Buchanan County, Missouri, following a jury trial in which he was found guilty of first-degree statutory sodomy and sentenced as a prior and persistent offender to thirty years' imprisonment. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).

∎

**STATE of Missouri, Respondent,**

v.

**David Lee THROCKMORTON,
Appellant.**

**WD 79940**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 21, 2017

Joshua D. Hawley, Attorney General, and Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Jedd C. Schneider, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

∎

**Jeffrey P. HEMMEL, et al., Respondents,**

v.

**Luke UNGASHICK, et al., Appellants.**

**WD 80273**

Missouri Court of Appeals,
Western District.

Order filed: November 21, 2017

Robert H. Schnieders, Oak Grove, for Respondents

Todd H. Bartels, Kansas City, for Appellants